IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
VIRGINIA B. HALL,                    :    CIVIL ACTION
                                     :    NO. 13-6563
        Plaintiff,                   :
                                     :
    v.                               :
                                     :
NATIONSTAR MORTGAGE, LLC, et al.,    :
                                     :
        Defendants.                  :
```

**O R D E R**

**AND NOW**, this **6th** day of **July, 2015,** for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 31) is **DENIED**.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**

1